HERMANN & GRACE (a corporation), respondent,

*v.*

THE BOARD OF CHOSEN FREEHOLDERS OF THE COUNTY OF ESSEX et al., appellants.

[Argued June 25th, 1907.   Decided November 18th, 1907.]

On appeal of the Metropolitan Bank.   On appeal from an order of the court of chancery advised by Vice-Chancellor Emery, whose opinion is reported in *71 N. J. Eq. (1 Buch.) 541.*

*Mr. Willard P. Voorhees,* for the appellants.

*Mr. John R. Hardin,* for the respondent.

PER CURIAM.

The order appealed from is affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Emery.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, HENDRICKSON, PITNEY, REED, TRENCHARD, BOGERT, VREDENBURGH, VROOM, GREEN, DILL—11.

*For reversal*—None.